

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00211-CV

**IN RE PEOPLE'S MANAGEMENT OF TEXAS 1, LTD.**

Original Proceeding[1]

**ORDER**

On April 11, 2022, relator filed a petition for writ of mandamus. After considering the petition, real party in interest's response, relator's reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 21, 2022.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 97-CVQ-00997-D1, styled *People's Management of Texas 1, Ltd., successor in interest to Joe Medina, trustee v. Carlos Gutierrez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.